UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINAS CORONEO,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSCEND MEDICAL, INC.,<br><br>    Defendant. | Case No. 16-cv-02393-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 9 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: August 1, 2016



WILLIAM H. ORRICK
United States District Judge